IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JULANY RIVERA,<br><br>   Defendant. | 4:23-CR-3021<br><br>ORDER |

For the reasons stated in the Court's previous order (filing 89),

IT IS ORDERED:

1. The United States Marshal is directed, pursuant to 18 U.S.C. § 4285, to arrange for the defendant's means of noncustodial transportation or furnish the fare for such transportation to the Robert V. Denney Federal Building in Lincoln Nebraska, arriving on or before the evening of April 7, 2024, for her trial to commence on April 8, 2024. The Marshal is further directed to furnish the defendant with a sufficient amount of money for subsistence expenses.

2. The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 26th day of March, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge