IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JULANY RIVERA,<br><br>           Defendant. | 4:23CR3021<br><br>**ORDER** |

Before the Court is Defendant's motion to temporarily modify conditions of release (Filing No. 189). Neither the government nor pretrial services oppose the motion. Upon careful consideration, the Court finds the motion should be granted.

Accordingly,

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 189), is granted.

2) Condition (h) shall be temporarily modified to allow defendant to have contact with Samantha Gabrielle Francisco on December 24, 2024 and December 25, 2024.

Dated this 9th day of December, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge